WALTER T. YARROW, Respondent, v. ARTHUR H. HAMBLIN and IDA HAMBLIN, Appellants, Impleaded with Others, Defendants.— Judgment reversed on the law and a new trial granted, with costs to the appellants to abide the event. It appears from the record that the executors of the last will and testament of Carrie H. Yarrow, and Sophia Koch and William Barrett, were never served with the summons and complaint in this action, nor did they appear. These are all interested parties and the judgment has no binding effect against the executors nor against defendants Sophia Koch and William Barrett. A new trial should be had with all interested parties properly before the court. Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ., concur.

VIRGINIA E. FREEMAN, Also Known as VIRGINIA E. GARVIN, Respondent, v. GEORGE K. GARVIN, Appellant.— On argument, resettled order in so far as it directs that the action be placed on the Trial Term calendar for trial on December 11, 1933, reversed on the law, without costs. Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ., concur.

PAUL BAUER, Respondent, v. JOHN BRAUMILLER, Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Tompkins, JJ.

ISAAC L. BROWN, Respondent, v. MOSES L. PARSHELSKY and Another, Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Stay granted for thirty days to enable appellants to apply to the Court of Appeals. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Tompkins, JJ.

EMANUEL COHEN, Respondent, v. MOSES L. PARSHELSKY and Another, Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Stay granted for thirty days to enable appellants to apply to the Court of Appeals. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Tompkins, JJ.

DOROTHY DEEGAN, Respondent, v. THE GREAT ATLANTIC AND PACIFIC TEA COMPANY, Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Tompkins, JJ.

PAUL FINKELSTEIN, Appellant, v. MORRIS CHASIN and Another, Respondents — Motion for leave to appeal to the Appellate Division granted. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Tompkins, JJ.

JULIUS GREENBERG, Respondent, v. NORTH RIVER INSURANCE COMPANY OF THE CITY OF NEW YORK, Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Tompkins, JJ.

HEATING AND PLUMBING FINANCE CORPORATION, Respondent, v. MOSES FRIEDMAN, Defendant, and 222–224 METROPOLITAN AVENUE CORPORATION, Appellant. — Motion for leave to appeal to the Court of Appeals granted and the following question certified: Should the defendant's motion for judgment on the pleadings have been granted? Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Tompkins, JJ. [See 240 App. Div. 974.]

In the Matter of the Application of ROBERT J. MAYER for Reinstatement as a Member of the Bar.— Application denied. Present — Young, Hagarty, Carswell and Tompkins, JJ.; Lazansky, P. J., not voting.